Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff


Julie R. Trotter, SBN 209675
Ryan M. McNamara, SBN 223606
Ben Ammerman, SBN 239102
**CALL & JENSEN**
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100

Attorney for Defendants Chevron Stations Inc. dba
Chevron Station #1553 and Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Chapman, ) | Case No. 1:09-cv-01324-AWI-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **AMEND THE SCHEDULING** |
| v. ) | **ORDER TO EXTEND THE TIME** |
| ) | **TO DISCLOSE EXPERT** |
| Chevron Stations, Inc. dba ) | **TESTIMONY** |
| Chevron Station #1553, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

\ \ \

\ \ \

*Chapman v. Chevron Stations, Inc., et al.,*                              Case No. 1:09-cv-01324-AWI-SMS
Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony
- 1 -

1  **WHEREAS,** on November 12, 2009, the parties were served with the
2  Scheduling Conference Order ("Scheduling Order") in this action;
3  **WHEREAS,** the Scheduling Order provided that the parties disclose all
4  expert witnesses, in writing, on or before March 4, 2011, and all supplemental
5  expert witnesses, in writing, on or before March 18, 2011;
6  **WHEREAS,** the parties have cooperated in selecting a mutually
7  agreeable date for an expert site inspection of the Defendants' facility at 25302
8  West Dorris Avenue, Coalinga, CA ("Defendants' facility"), but were unable
9  to schedule a date prior to March 4, 2011 – the Court-ordered date for the
10 disclosure of expert testimony; and
11 **WHEREAS,** the parties have agreed to conduct a site inspection of the
12 Defendants' facility on April 6, 2011 and, thereafter, Plaintiff's expert will
13 need additional time to prepare his report;
14 \ \ \
15 \ \ \
16 \ \ \
17 \ \ \
18 \ \ \
19 \ \ \
20 \ \ \
21 \ \ \
22 \ \ \
23 \ \ \
24 \ \ \
25 \ \ \
26 \ \ \
27 \ \ \
28

*Chapman v. Chevron Stations, Inc., et al.,*                Case No. 1:09-cv-01324-AWI-SMS
Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony
- 2 -

1      **IT IS HEREBY STIPULATED AND AGREED** by and among the
2  parties hereto that the time to disclose expert testimony and rebuttal expert
3  testimony be extended 55 days as follows:
4         (1) On or before April 28, 2011, the parties disclose all expert
5  witnesses, in writing, pursuant to the expert witness disclosure requirements of
6  Rule 26(a)(2), (A) and (B);
7         (2) On or before May 12, 2011, the parties disclose all
8  supplemental expert witnesses, in writing, pursuant to the expert witness
9  disclosure requirements of Rule 26(a)(2), (A) and (B);

10 Dated: March 3, 2011            DISABLED ADVOCACY GROUP, APLC
11
12                                  /s/ Lynn Hubbard III
13                                 LYNN HUBBARD III, ESQ.
                                   Attorney for Plaintiff
14                                 Byron Chapman
15
16 Dated: March 3, 2011            CALL & JENSEN, APC
17
18                                  /s/ Ben P. Ammerman
19                                 BEN P. AMMERMAN, ESQ.
                                   Attorney for Defendant
20                                 Chevron Stations, Inc.
21
22 \ \ \
23 \ \ \
24 \ \ \
25 \ \ \
26 \ \ \
27 \ \ \
28

*Chapman v. Chevron Stations, Inc., et al.,*            Case No. 1:09-cv-01324-AWI-SMS
   Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony

## ORDER ON STIPULATION

Good cause appearing, IT IS HEREBY ORDERED that expert witness disclosures pursuant to Rule 26(a)(2) be made on or before April 28, 2011, and any supplemental expert disclosures pursuant to Rule 26(a)(2)(c) be made on or before May 12, 2011.

IT IS SO ORDERED.

Dated:  March 4, 2011              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE