# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 1:09-cv-01324-AWI-SMS |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| CHEVRON STATIONS, INC., et al., | |
| Defendants. | (Doc. 13) |

On March 2, 2011, Plaintiff moved for leave to amend his complaint (Doc. 13). On March 25, 2011, Defendants filed a statement of non-opposition (Doc. 16). Accordingly, this Court hereby GRANTS Plaintiff leave to amend his complaint in the form set forth in Document 13-2.

IT IS SO ORDERED.

Dated:   April 8, 2011              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE