IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>        Plaintiff,<br>   v.<br><br>CHEVRON STATIONS, INC., ET AL.,<br><br>        Defendants. | 1:09-CV-1324 AWI SMS<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING<br><br>ORDER MOVING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO SEPTEMBER 6, 2011 |

    Defendants' motion for summary judgment is pending in this action and is set for hearing on Monday, August 8, 2011. On July 25, 2011, Plaintiff filed an ex parte application to continue the hearing on Defendants' motion to August 15, 2011.

    Given this court's excessive case load, the has determined that it is necessary to reschedule the hearing on Defendants' motion for summary judgment. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 8, 2011, is VACATED, and the hearing on this matter is set for September 6, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   August 2, 2011

                                      CHIEF UNITED STATES DISTRICT JUDGE