# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, ) | 1:09-cv-1324  AWI SMS |
| Plaintiff, ) | |
| v. ) | ORDER VACATING |
| ) | HEARING AND TAKING |
| CHEVRON STATIONS, INC., dba ) | MATTER UNDER |
| Chevron Station #1553, and CHEVRON ) | SUBMISSION |
| U.S.A, INC., ) | |
| ) | |
| Defendants. ) | |

Currently set for hearing and decision on December 5, 2011, is Defendants' Rule 59(e) motion for clarification.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and the parties shall not appear at that time.  As of December 5, 2011, the Court will take Defendants' motion under submission and will thereafter issue its decision. IT IS SO ORDERED.

Dated:   November 29, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE