IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,              )<br>                                                     )<br>           Plaintiff,                   )<br>      v.                                       )<br>                                                     )<br>CHEVRON STATIONS, INC., dba  )<br>Chevron Station #1553, and CHEVRON )<br>U.S.A, INC.,                           )<br>                                                     )<br>           Defendants.              )<br>_____ ) | 1:09-cv-1324  AWI SMS<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

   Currently set for hearing and decision on December 5, 2011, is Defendants' Rule 59(e) motion for clarification.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and the parties shall not appear at that time.  As of December 5, 2011, the Court will take Defendants' motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 29, 2011

                                                                                   _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE